```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04630
   KENNETH JONES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7989


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/15/2007 and was not confirmed.

     The case was dismissed without confirmation 07/25/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
BENEFICIAL HFC             CURRENT MORTG         .00             .00           .00
BENEFICIAL HFC             MORTGAGE ARRE     6777.00             .00           .00
COOK COUNTY TREASURER      SECURED            756.18             .00        120.00
ILLINOIS TITLE LOANS       SECURED VEHIC     1200.00             .00        120.00
ILLINOIS DEPT OF REVENUE   PRIORITY           242.07             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          5113.05             .00           .00
ADT SECURITY SYSTEMS       UNSECURED       NOT FILED             .00           .00
CAPITAL ONE                UNSECURED             .00             .00           .00
CITY OF CHICAGO PARKING    UNSECURED           255.00            .00           .00
FIRST PREIMER BANK         UNSECURED           239.83            .00           .00
ECAST SETTLEMENT CORP      UNSECURED           120.05            .00           .00
ICS                        UNSECURED       NOT FILED             .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED             .00           .00
PEOPLES GAS & LIGHT        UNSECURED          1178.06            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           186.92            .00           .00
TCF BANK                   UNSECURED       NOT FILED             .00           .00
US DEPT OF EDUCATION       UNSECURED         12961.66            .00           .00
ROCHELLE HEARD JONES       NOTICE ONLY     NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED           392.00            .00           .00
CAPITAL ONE                UNSECURED           319.04            .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED            11.56            .00           .00
ILLINOIS TITLE LOANS       UNSECURED          1854.19            .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       134.00            .00        134.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,500.00                       631.69
TOM VAUGHN                 TRUSTEE                                           72.61
DEBTOR REFUND              REFUND                                           451.38

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,529.68

PRIORITY                                     134.00
SECURED                                      240.00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04630 KENNETH JONES
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                      631.69
TRUSTEE COMPENSATION                                                 72.61
DEBTOR REFUND                                                       451.38
                                 ---------------         ---------------
TOTALS                                  1,529.68                1,529.68
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/22/07              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```